# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRELL W. HARRIS, JR.

NO. 2023 KW 1129

**JANUARY 18, 2024**

---

In Re:    Darrell  W.  Harris,  Jr.,  applying  for  supervisory writs,  18th  Judicial  District  Court,  Parish  of  West Baton Rouge, No. 230593.

---

BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.

**WRIT GRANTED IN PART AND DENIED IN PART.** This matter is remanded to the district court to hold a contradictory hearing to determine whether defense counsel wishes to adopt relator's motion. If counsel does not wish to adopt relator's motion, the district court is instructed to evaluate the motion's disruptive potential in light of **State v. Melon**, 95-2209 (La. 9/22/95), 660 So.2d 466 before determining whether to conduct a hearing consistent with **State v. Alexander**, 2007-1236 (La. App. 3d Cir. 4/9/08), 980 So.2d 877. See **State v. Thibodeaux**, 2017-0705 (La. 12/6/17), 236 So.3d 1253, 1256 (per curiam). Further, the request for a preliminary hearing was made in this court in the first instance and is, therefore, denied. See **State v. Revish**, 2019-01732 (La. 10/1/20), 340 So.3d 864, 868 (per curiam) ("The general rule is that appellate courts will not consider issues raised for the first time on [review].")

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT